UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| JOHN COTTRELL DERIVATIVELY AND ON BEHALF OF WAL-MART STORES, INC., | ) ) ) ) | Civil Action No. 4:12-cv-4041-SOH |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | |
| MICHAEL T. DUKE, ET AL., | ) ) ) | |
| Defendants, | ) ) ) | |
| And | ) ) ) | |
| WAL-MART STORES, INC. , | ) ) ) | |
| Nominal Defendant. | ) ) | |
| LOUISIANA MUNICIPAL POLICE EMPLOYEES' RETIREMENT FUND DERIVATIVELY AND ON BEHALF OF WAL-MART STORES, INC., | ) ) ) ) ) ) | Civil Action No. 4:12-cv-04045-SOH |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | |
| H. LEE SCOTT JR., ET AL., | ) ) ) | |
| Defendants, | ) ) ) | |
| And | ) ) ) | |
| WAL-MART STORES, INC. , | ) ) ) | |
| Nominal Defendant. | ) ) | |

| | | |
|---|---|---|
| ELIZABETH L. TUBERVILLE DERIVATIVELY AND ON BEHALF OF WAL-MART STORES, INC., | ) ) ) ) | Civil Action No. 4:12-cv-4046-SOH |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| MICHAEL T. DUKE, ET AL., | ) ) | |
| Defendants, | ) ) | |
| And | ) ) | |
| WAL-MART STORES, INC., Nominal Defendant. | ) ) ) | |
| KATHRYN JOHNSTON LOMAX DERIVATIVELY AND ON BEHALF OF WAL-MART STORES, INC., | ) ) ) ) | Civil Action No. 4:12-cv-4047-SOH |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| S. ROBSON WALTON, ET AL., | ) ) | |
| Defendants, | ) ) | |
| And | ) ) | |
| WAL-MART STORES, INC., Nominal Defendant. | ) ) ) | |

|  |  |
|---|---|
| WILLIAM COTTRELL DERIVATIVELY AND ON BEHALF OF WAL-MART STORES, INC., <br><br>       Plaintiff, <br><br> vs. <br><br> MICHAEL T. DUKE, ET AL., <br>       Defendants, <br><br> And <br><br> WAL-MART STORES, INC., <br><br>       Nominal Defendant. | Civil Action No. 4:12-cv4049-SOH |

## PLAINTIFFS' UNOPPOSED MOTION TO CONSOLIDATE RELATED ACTIONS AND APPOINT CO-LEAD PLAINTIFFS AND CO-LEAD COUNSEL

The Plaintiffs, John Cottrell, Louisiana Municipal Police Employees' Retirement System, Elizabeth L. Tuberville, Kathryn Johnston Lomax, and William Cottrell (collectively, "Plaintiffs") by and through their counsel, move this Court for an order to: (i) consolidate the above-captioned shareholder derivative actions, filed on behalf of nominal defendant Wal-Mart Stores, Inc. ("Wal-Mart"); (ii) appoint John Cottrell, Louisiana Municipal Police Employees' Retirement System, and Elizabeth L. Tuberville as Co-Lead Plaintiffs; (iii) appoint Emerson Poynter LLP and Scott + Scott LLP as Co-Lead Counsel; and (iv) appoint Wyly ~ Rommel, PLLC as Liaison Counsel. Counsel for Wal-Mart and the individually named defendants have stated that they do not oppose the requested consolidation on the terms set forth in the enclosed proposed order, and take no position at this time on a leadership structure for counsel for Plaintiffs.

This Unopposed Motion is based on the accompanying memorandum of law, the pleadings and papers on file herein, and such other written or oral arguments as may be presented to the Court.

WHEREFORE, Plaintiffs pray that the Court order: (i) the consolidation of the above-captioned derivative actions; (ii) the appointment of John Cottrell, Louisiana Municipal Police Employees' Retirement System, and Elizabeth L. Tuberville as Co-Lead Plaintiffs; (iii) the appointment of Emerson Poynter LLP and Scott + Scott LLP as Co-Lead Counsel; (iv) the appointment of Wyly ~ Rommel, PLLC as Liaison Counsel for Plaintiffs; and such other relief as the Court may deem just and proper.

Dated: May 16, 2012                                       Respectfully submitted,


                                                             /s/ James C. Wyly


**WYLY~ROMMEL, PLLC**
James C. Wyly
Arkansas Bar No. 90158
jwyly@wylyrommel.com
Sean F. Rommel
srommel@wylyrommel.com
Arkansas Bar No. 94158
4004 Texas Boulevard
Texarkana, TX 75503
Tel: (903) 334-8646
Fax: (903) 334-8645

**EMERSON POYNTER LLP**
John G. Emerson
Arkansas Bar No. 2008012
jemerson@emersonpoynter.com
830 Apollo Lane
Houston, TX 77058-2610
Tel:   (281) 488-8854
Fax:   (281) 488-8867

Scott E. Poynter
Arkansas Bar No. 90077
scott@emersonpoynter.com
Christopher D. Jennings
Arkansas Bar No. 2006306
cjennings@emersonpoynter.com
Will T. Crowder
Arkansas Bar No. 2003138
wcrowder @emersonpoynter.com
Corey D. McGaha
Arkansas Bar No. 2003047
cmcgaha@emersonpoynter.com
500 President Clinton Ave., St. 305
Little Rock, AR 72201
Tel: (501) 907-2555
Fax: (501) 907-2556

**SCOTT + SCOTT LLP**
David Scott
drscott@scott-scott.com
500 5th Avenue, Floor 40
New York, NY 10110
Tel: (212) 223-6444
Fax: (212) 223-6334

**JIGARJIAN LAW OFFICE**
Robert A. Jigarjian
jigarjianlaw@gmail.com
128 Tunstead Avenue
San Anselmo, CA 94960
Tel: (415) 341-6660

**CARNEY WILLIAMS BATES PULLIAM & BOWMAN, PLLC**
Allen Carney
acarney@carneywilliams.com
Darren Williams
dwilliams@carneywilliams.com
Randy Pulliam
rpulliam@carneywilliams.com
11311 Arcade Dr, Ste 200
Little Rock, AR 72212
Tel: (501) 312-8500

Fax: (501) 312-8505

**MURRY FRANK LLP**
Brian P. Murray
bmurray@murrayfrank.com
Gregory B. Linkh
glinkh@murrayfrank.com
275 Madison Avenue, 8th Floor
New York, NY 10016
Tel: (212) 682-1818
Fax: (212) 682-1892

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 16, 2012, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Western District of Arkansas, using the electronic case files system of the Court. The electronic case files system sent a "Notice of Electronic Filing" to individuals who have consented in writing to accept this Notice as service of this document by electronic means. All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by electronic mail today.

      /s/ JIM WYLY
      JIM WYLY